P. STERLING KERR, ESQ.
Nevada Bar No. 003978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13004
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: taylor@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

## IN UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MINA DE ORO, LLC, a Nevada limited liability company; THE TOY CHEST, LLC a Nevada limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> MATTHEW BRENT GOETTSCHE, an individual, JOBEDIAH SINCLAIR WEEKS, an individual, JOSEPH FRANK ABEL, an individual, SILVIU CATALIN BALACI, an individual, BITCLUB, an unknown entity, and DOE and ROE Corporations, <br><br> Defendants. | Case No.: 2:20-cv-994 <br><br> **CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1 of the United States District Court Rules, the undersigned, counsel of record for Plaintiffs Mina De Oro, LLC and The Toy Chest, LLC certifies that there are no known interested parties other than those participating in the above-entitled action.

These representations are made to enable judges of the Court to evaluate possible

/ / /

/ / /

- 1 -

disqualification or recusal.

Respectfully submitted this 1st day of June, 2020

>LAW OFFICES OF P. STERLING KERR
>
> */s/ P. Sterling Kerr*
> P. STERLING KERR, ESQ.
> Nevada Bar No. 003978
> TAYLOR SIMPSON, ESQ.
> Nevada Bar No. 13956
> 2450 St. Rose Parkway, Suite 120
> Henderson, Nevada 89074
> Telephone No. (702) 451-2055
> Facsimile No. (702) 451-2077
> Email: sterling@sterlingkerrlaw.com
> Email: taylor@sterlingkerrlaw.com
> *Attorneys for Plaintiffs*