P. STERLING KERR, ESQ.
Nevada Bar No. 3978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: taylor@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MINA DE ORO, LLC, a Nevada limited liability company; THE TOY CHEST, LLC a Nevada limited liability company,<br>Plaintiffs,<br>v.<br>MATTHEW BRENT GOETTSCHE, an individual, JOBEDIAH SINCLAIR WEEKS, an individual, JOSEPH FRANK ABEL, an individual, SILVIU CATALIN BALACI, an individual, BITCLUB, an unknown entity, and DOE and ROE Corporations,<br>Defendants. | Case No. 2:20-cv-00994-GMN-VCF<br><br>**ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT BY DEFENDANT'S COUNSEL** |

COMES NOW Defendant, JOBADIAH SINCLAIR WEEKS, an individual, by and through his counsel Adam P. Schwartz, Esq., hereby accepts service of Plaintiff, MINA DE ORO, LLC, a Nevada limited liability company; THE TOY CHEST, LLC a Nevada limited liability company.

Dated this 9th day of July 2020.

Adam P. Schwartz, Esq., Bar # 83178
4221 W. Boy Scout Blvd. Suite 1000
Tampa, FL 33607

1 of 1