

Adam P. Schwartz
Florida Bar No. 83178
Carlton Fields, PA
4221 W. Boy Scout, Blvd., Ste. 1000
Tampa, FL 33607
Telephone: 813.223.7000
Facsimile: 813.229.4133
Email: aschwartz@carltonfields.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Mina De Oro, LLC, a Nevada limited liability company; The Toy Chest, LLC a Nevada limited liability company,

    Plaintiffs,

v.

Matthew Brent Goettsche, Jobediah Sinclair Weeks, Joseph Frank Abel, Silviu Catalin Balaci, Bitclub, and DOE and ROE Corps.,

    Defendants.

_____/

Case No.: 2:20-cv-00994-GMN-VCF

## MOTION OF ADAM P. SCHWARTZ TO
## WITHDRAW AS COUNSEL FOR DEFENDANT JOBEDIAH SINCLAIR WEEKS

The undersigned counsel hereby moves for leave to withdraw as counsel for Defendant Jobediah Sinclair Weeks.

### MEMORANDUM IN SUPPORT OF THE MOTION

1. The undersigned attorney is a shareholder at Carlton Fields P.A. who represents Mr. Weeks in another unrelated case and is not admitted to practice in Nevada.

2. Due to the unrelated representation, on June 17, 2020, counsel for Plaintiffs counsel emailed Mr. Schwartz asking if he would accept service of the complaint in the instant case on behalf of Mr. Weeks.

3. Mr. Schwartz agreed to accept service of the complaint on July 8, 2020 and returned an executed acceptance of service to plaintiff's counsel which was subsequently filed on August 4, 2020.

4. Mr. Schwartz never filed a Notice of Appearance in this case, he only agreed to accept service of the Complaint.

4. On August 5, 2020, this Court listed Mr. Schwartz as attorney of record for Mr. Weeks and entered a notice on the docket advising that Mr. Schwartz was required to submit a Verified Petition and Designation of Local Counsel as he is not admitted to practice law in the state of Nevada.

5. Mr. Weeks has not retained Mr. Schwartz to represent him in the instant case. As such, Mr. Schwartz did not file a Verified Petition and Designation of Local Counsel.

6. Mr. Schwartz's assistant contacted the court with regard to how to proceed and was advised by the courtroom deputy for Judge Navarro, Aaron Blazevich, that, given the circumstances, the proper way in which to proceed would be to mail a Motion to Withdraw to the court indicating that Mr. Blazevich authorized the filing of the document manually.

7. In good faith and pursuant to LR IA 1-3(f) and LR IA-6-1, Mr. Schwartz's assistant, on behalf of Mr. Weeks, contacted Plaintiff's counsel with regard to a 45-day extension of time up to and including October 23, 2020 to retain counsel in this matter. Plaintiff's counsel is agreeable to a 14-day extension of time up to and including September 23, 2020 to answer the Complaint. *See* Exhibit A.

8. Due to Mr. Week's detention in the Essex County Correctional Facility, the COVID-19 measures put into place and to afford Mr. Weeks an opportunity in which to obtain

other counsel or respond on his own behalf, Mr. Weeks is requesting 45 days, up to and including October 23, 2020, in which to file a response to the Complaint.

9.   As of September 9, 2020 there has been no summons returned for any of the other defendants in this matter and an extension of time would not prejudice any party.

WHEREFORE, it is requested that an order withdrawing Mr. Schwartz as attorney of record for Mr. Weeks be entered and Mr. Weeks be permitted 45 days to secure counsel or file a response to the Complaint in this matter.

/s/ Adam P. Schwartz
Florida Bar No. 83178
E-mail: aschwartz@carltonfields.com
Carlton Fields, P.A.
P.O. Box 3239
Tampa, FL 33601-3239
Telephone: (813) 223-7000
Facsimile: (813) 229-4133

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2020, I forwarded the foregoing to the Clerk of Court via U.S. Mail and served upon Plaintiffs' counsel via email.

/s/ Adam P. Schwartz
Adam P. Schwartz

# EXHIBIT A

| | |
|---|---|
| **From:** | Jennifer Hogan |
| **To:** | Maranto, Angie S. |
| **Cc:** | George Robinson |
| **Subject:** | Extension to Answer - 2:20-cv-994 |
| **Date:** | Wednesday, September 9, 2020 12:17:43 PM |

We will agree to a 14 day extension to Answer the Summons and Complaint, due on 9/23/2020.

Thank You,

*Jennifer Hogan*

Paralegal to Sterling Kerr
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
P: (702) 451-2055
F: (702) 451-2077

Law Offices of P. Sterling Kerr Standard Disclaimer
This electronic mail message and any attachments are confidential and may also contain privileged attorney-client information or work product. The message and any attachments are intended only for the use of the addressee. If you are not the intended recipient, or the person responsible to deliver it to the intended recipient, you may not use, disseminate, distribute or copy this communication. If you have received this email in error, please immediately notify us by reply electronic mail or by telephone at (702) 451-2055, and delete this original message. Thank you.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding any penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or tax-related matter addressed herein. This communication may not be forwarded (other than within the recipient to which it has been sent) without our express written consent.

*Email re: authorization to manually file doc.*

**Maranto, Angie S.**

| | |
|---|---|
| **From:** | Aaron Blazevich <Aaron_Blazevich@nvd.uscourts.gov> |
| **Sent:** | Monday, August 31, 2020 6:49 PM |
| **To:** | Maranto, Angie S. |
| **Cc:** | Schwartz, Adam; Gaugush, Simon A. |
| **Subject:** | RE: Mina De Oro, et al. v. Goettsche, et al. Case No. 2:20-cv-00994 - Acceptance of Service by A. Schwartz |

Good Afternoon!

I apologize for the delay in my response, but the Court has been without power for days and we haven't had access to much during that time.

You will need to file a motion to withdraw. Typically, I recommend that you reach out to the attorney ho will be representing the party in question and have them file it for you. If you don't know who that is, mail the motion to the Clerk's Office for filing with an extra 2 copies and a self-addressed, stamped envelope. We will mail back the file stamped copy. Also, please put a post-it on the top which informs the person who opens the mail that I authorized you to file the document manually. They should come to me with any questions or concerns.



Aaron Blazevich
Courtroom Deputy to the
Honorable Judge Gloria M. Navarro
U.S. District Court, District of Nevada - Las Vegas
(702) 464-5421

**From:** Maranto, Angie S. <amaranto@carltonfields.com>
**Sent:** Friday, August 28, 2020 12:58 PM
**To:** Aaron Blazevich <Aaron_Blazevich@nvd.uscourts.gov>
**Cc:** aschwartz_carltonfields.com <aschwartz@carltonfields.com>; Gaugush, Simon A. <SGaugush@carltonfields.com>
**Subject:** Mina De Oro, et al. v. Goettsche, et al. Case No. 2:20-cv-00994 - Acceptance of Service by A. Schwartz

Good afternoon,

    In the above mentioned case, Mr. Adam Schwartz accepted service of the complaint on behalf of Mr. Weeks as Mr. Weeks is a current client of ours. For this case however, we will not be able to represent him. Since Mr. Schwartz is not admitted in Nevada and thus, unable to file any type of document, can you provide instruction as to how we go about removing him as attorney of record for Mr. Weeks for the instant case? Thank you in advance for your assistance.

**CARLTON FIELDS**

**Angie S. Maranto**
Legal Administrative Assistant

4221 W. Boy Scout Blvd., Ste. 1000
Tampa, Florida 33607-5780
Direct: 813.229.4985 | Fax: 813.229.4133

amaranto@carltonfields.com | www.carltonfields.com

**Carlton Fields is ISO 27001:2013 certified**

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*

ORIGIN ID:KYOA    (813) 223-7000
ANGIE MARANTO
SHIP DATE: 09SEP20
ACTWGT: 1.00 LB
CAD: 5804338/INET4280

4221 W. BOYSCOUT BLVD
SUITE 1000
TAMPA, FL 33607
UNITED STATES US

BILL SENDER

TO  **CLERK OF COURT**
**USDC DISTRICT OF NEVADA**
**333 LAS VEGAS BLVD S**

**LAS VEGAS NV 89101**
(813) 229-4985        REF: 99998-99991
INV:
PO:                   DEPT:



FedEx Express

THU - 10 SEP 3:00P
STANDARD OVERNIGHT

TRK# 7714 8200 4800
0201



XX VGTA              89101
                NV-US  LAS

FedEx Ship Manager - Print Your Label(s)

9/9/2020