**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MINA DE ORO, LLC, *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW BRENT GOETTSCHE, *et al.*, <br><br> Defendant. | 2:20-cv-00994-GMN-VCF <br><br> **MINUTE ORDER** |

Before the Court are the Motion to Withdraw as Attorney (ECF No. 7) and Motion to Extend Time (ECF No. 8).

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing on the Motion to Withdraw as Attorney (ECF No. 7) and Motion to Extend Time (ECF No. 8) is scheduled for 11:00 AM, October 19, 2020.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 2nd day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE