**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| MINA DE ORO, LLC, *et al.*, | |
| Plaintiff, | 2:20-cv-00994-GMN-VCF |
| vs. | **ORDER** |
| MATTHEW BRENT GOETTSCHE, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's Ex Parte Motion for Extension of Time to Serve Complaint (ECF No. 10). Since this motion is filed as *ex-parte*, Defendant Weeks received no notice of the filing of instant motion through CM/ECF. Plaintiff has not provided the court with any reason to grant the relief on an *ex parte* basis.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an *ex parte* communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure. Here, Plaintiff has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to defendant.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Serve Complaint (ECF No. 10) will be no longer have ex parte status.

The Clerk of Court is directed to remove the ex parte status from Plaintiff's Ex Parte Motion for Extension of Time to Serve Complaint (ECF No. 10) on the docket.

IT IS FURTHER ORDERED that a telephonic hearing on Plaintiff's Ex Parte Motion for Extension of Time to Serve Complaint (ECF No. 10), is scheduled for 11:00 AM, October 19, 2020.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 7th day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE