AOS

# UNITED STATES DISTRICT COURT, CLARK COUNTY, NEVADA

| | | |
|---|---|---|
| MINA DE ORO, LLC, A NEVADA LIMITED LIABILITY COMPANY; THE TOY CHEST, LLC A NEVADA LIMITED LIABILITY COMPANY | **Plaintiff** | |
| **VS** | | **CASE NO: 2:20-CV-00994** |
| MATTHEW BRENT GOETTSCHE, AN INDIVIDUAL, JOBEDIAH SINCLAIR WEEKS, AN INDIVIDUAL, JOSEPH FRANK ABEL, AN INDIVIDUAL, SILVIU CATALIN BALACI, AN INDIVIDUAL, BITCLUB, AN UNKNOWN ENTITY, AND DOE AND ROE CORPORATIONS | **Defendant** | **HEARING DATE/TIME:**<br>**DEPT NO:** |

## AFFIDAVIT OF SERVICE

ANTHONY FULLER being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, on the 7th day of October, 2020 and served the same on the 13th day of October, 2020, at 11:50 by:

delivering and leaving a copy with the servee JOSEPH FRANCIS ABEL at (address) 1775 CALLE TIERRA VISTA, CAMARILLO CA 93010

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this _15_ day of _Oct_, 20_20_.

_____
ANTHONY FULLER

Junes Legal Services - 630 South 10th Street - Suite B - Las Vegas NV 89101 - (702) 579-6300 - Fax (702) 259-6249 - Toll Free (888) 56Junes

| | | |
|---|---|---|
| EP165101A | Copyright 2006 eWay - All Rights Reserved | Process License #1068 |