AOS

# UNITED STATES DISTRICT COURT, CLARK COUNTY, NEVADA

| | |
|---|---|
| MINA DE ORO, LLC, A NEVADA LIMITED LIABILITY COMPANY; THE TOY CHEST, LLC A NEVADA LIMITED LIABILITY COMPANY **Plaintiff** <br><br> VS <br> MATTHEW BRENT GOETTSCHE, AN INDIVIDUAL, JOBEDIAH SINCLAIR WEEKS, AN INDIVIDUAL, JOSEPH FRANK ABEL, AN INDIVIDUAL, SILVIU CATALIN BALACI, AN INDIVIDUAL, BITCLUB, AN UNKNOWN ENTITY, AND DOE AND ROE CORPORATIONS **Defendant** | CASE NO: 2:20-CV-00994 <br> HEARING DATE/TIME: <br> DEPT NO: |

## AFFIDAVIT OF SERVICE

ANTHONY IAVARONE being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUMMONS, COMPLAINT, on the 7th day of October, 2020 and served the same on the 6th day of November, 2020, at 10:10 by:

delivering and leaving a copy with the servee ESSEX COUNTY JAIL C/O MATTHEW BRENT GOETTSCHE at (address) 354 DOREMUS AVE, NEWARK NJ 07105

DUE TO COVID-19, CORRECTIONAL OFFICER, HOULON SERVED DOCUMENTS TO SUBJECT PERSONALLY WITH SERVER ANTHONY IAVARONE AS WITNESS.

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
EXECUTED this __10__ day of __NOVEMBER__ 20__20__.

_____
**ANTHONY IAVARONE**

Junes Legal Services - 630 South 10th Street - Suite B - Las Vegas NV 89101 - (702) 579-6300 - Fax (702) 259-6249 - Toll Free (888) 56Junes

EP165102A    Copyright 2006 eWay - All Rights Reserved    Process License #1068