P. STERLING KERR, ESQ.
Nevada Bar No. 3978
PETER R. PRATT, ESQ.
Nevada Bar No. 6458
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: peter@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MINA DE ORO, LLC, a Nevada limited liability company; THE TOY CHEST, LLC a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE, an individual, JOBEDIAH SINCLAIR WEEKS, an individual, JOSEPH FRANK ABEL, an individual, SILVIU CATALIN BALACI, an individual, BITCLUB, an unknown entity, and DOE and ROE Corporations,<br><br>Defendants. | Case No. 2:20-cv-00994<br><br>**MOTION FOR ENTRY OF**<br>**CLERKS DEFAULT** |

Plaintiffs, MINA DE ORO, LLC, and THE TOY CHEST, LLC, (hereinafter "Plaintiffs"), by and through their counsel, the Law Offices of P. Sterling Kerr, hereby move this Court for entry of the default of Defendants MATTHEW BRENT GOETTSCHE & JOSEPH FRANK ABEL in this case.

It appearing from the files and records in the above-entitled action that Defendants, JOSEPH FRANK ABEL being duly served on the 13th day of October 2020, and MATTHEW BRENT GOETTSCHE being duly served on the 6th day of November 2020 with the Summons, and Complaint; that more than twenty-one (21) days, exclusive of the day of service, having expired since service upon Defendants; and that no answer or other appearance having been filed and no further time having been granted, the Default of Defendants for failing to answer or,

1  move, or otherwise plead within the time set forth in the summons is hereby entered. A copy of
2  the proposed Default is attached hereto as Exhibit A.
3        Dated this _____day of January 2021.

                                        DEBRA K. KEMPI, CLERK

                                        By: _____
                                        Deputy Clerk

                                        Date: _____

Respectfully submitted,

LAW OFFICES OF P. STERLING KERR

_____
P. STERLING KERR, ESQ.
Nevada Bar No. 003978
PETER R. PRATT, ESQ.
Nevada Bar No. 6458
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
*Attorneys for Plaintiffs*