P. STERLING KERR, ESQ.
Nevada Bar No. 3978
PETER R. PRATT, ESQ.
Nevada Bar No. 6458
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451-2055
Email: sterling@sterlingkerrlaw.com
Email: peter@sterlingkerrlaw.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MINA DE ORO, LLC, a Nevada limited liability company; THE TOY CHEST, LLC a Nevada limited liability company,<br><br>Plaintiffs,<br>v.<br><br>MATTHEW BRENT GOETTSCHE, an individual, JOBEDIAH SINCLAIR WEEKS, an individual, JOSEPH FRANK ABEL, an individual, SILVIU CATALIN BALACI, an individual, BITCLUB, an unknown entity, and DOE and ROE Corporations,<br><br>Defendants. | Case No. 2:20-cv-00994<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF CLERKS DEFAULT** |

TO:  MATTHEW BRENT GOETTSCHE c/o Adam Hosmer-Henner, Esq.

You are hereby noticed that on January 25, 2021, the undersigned withdrew its Motion for Entry of Clerks Default with respect to Defendant Matthew Brent Goettsche, filed herein on January 11, 2021.

DATED this 25th day of January 2021.

LAW OFFICES OF P. STERLING KERR

By:_____
PETER R. PRATT, ESQ.
Nevada Bar No. 6458
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on January 25, 2021, a true and correct copy of the above and foregoing was served to the following at their last known address(es), facsimile numbers and/or e-mail/other electronic means, pursuant to:

    X    **BY E-MAIL AND/OR ELECTRONIC MEANS**: N.R.C.P. 5(b)(2)(D) and addresses (s) having consented to electronic service, I via e-mail or other electronic means to the e-mail address(es) of the addressee(s).

Adam Hosmer-Henner
2300 W. Sahara Ave. Suite 1200
Las Vegas, NV 89102
ahosmerhenner@mcdonaldcarano.com
*Attorney for Defendant*
*Matthew Brent Goettsche*

                                                */s/ Jennifer Hagan*
                                                An employee of the
                                                Law Offices of P. Sterling Kerr