Adam Hosmer-Henner, Esq. (NSBN 12779)
Phil Mannelly, Esq. (NSBN 14236)
Chelsea Latino, Esq. (NSBN 14227)
**McDONALD CARANO LLP**
100 West Liberty Street, 10th Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com
clatino@mcdonaldcarano.com

Benjamin J.A. Sauter
Amanda N. Tuminelli
**KOBRE & KIM LLP**
800 Third Avenue
New York, NY 10022
(212) 488-1288
benjamin.sauter@kobrekim.com
amanda.tuminelli@kobrekim.com
(*Pro Hac Vice* applications to be filed)

*Attorneys for Defendant Matthew Brent Goettsche*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MINA DE ORO, LLC, a Nevada limited liability company; THE TOY CHEST, LLC a Nevada limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW BRENT GOETTSCHE, an individual, JOBEDIAH SINCLAIR WEEKS, an individual, JOSEPH FRANK ABEL, an individual, SILVIU CATALIN BALACI, an individual, BITCLUB, an unknown entity, and DOE and ROE Corporations, <br><br> Defendants. | CASE NO.:  2:20-cv-00994-GMN-VCF <br><br> **DEFENDANT MATTHEW BRENT GOETTSCHE'S CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, Defendant Matthew Brent Goettsche hereby certifies that there are no known interested parties other than those participating in this case.

/ / /

These representations are made to enable the Court to evaluate possible disqualifications or recusal.

DATED: March 23, 2021.

McDONALD CARANO LLP

*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner, Esq. (NSBN 12779)
Phil Mannelly, Esq. (NSBN 14236)
Chelsea Latino, Esq. (NSBN 14227)
100 West Liberty Street, 10th Floor
Reno, NV 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com
clatino@mcdonaldcarano.com

Benjamin J.A. Sauter
Amanda N. Tuminelli
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
(212) 488-1288
benjamin.sauter@kobrekim.com
amanda.tuminelli@kobrekim.com
(*Pro Hac Vice* applications to be filed)

*Attorneys for Defendant Matthew Brent Goettsche*