1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MINA DE ORO, LLC, a Nevada limited liability company;
THE TOY CHEST, LLC, a Nevada limited liability company

                    Plaintiff(s),

        vs.

MATTHEW BRENT GOETTSCHE, an individual,
JOBEDIAH SINCLAIR WEEKS, an individual, JOSEPH
FRANK ABEL, an individual, SILVIU CATALIN BALACI,
an individual, BITCLUB, an unknown entity, and DOE and
ROE Corporations,
                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:20-cv-00994-GMN-VCF

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

        Benjamin J.A. Sauter        , Petitioner, respectfully represents to the Court:
              (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

                            Kobre & Kim LLP
                              (firm name)

with offices at                800 Third Avenue, 6th Floor                ,
                                  (street address)

      New York         ,         New York         ,      10022      ,
        (city)                      (state)                (zip code)

      212 488 1288        ,    benjamin.sauter@kobrekim.com    .
(area code + telephone number)            (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

      Matthew Brent Goettsche        to provide legal representation in connection with
              [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1

3.      That since _____02/18/2009_____, Petitioner has been and presently is a
                                    (date)

2     member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                                        (state)

3     where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4     from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5     possession of the United States in which the applicant has been admitted to practice law certifying

6     the applicant's membership therein is in good standing.

7          4.      That Petitioner was admitted to practice before the following United States District

8     Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9     of other States on the dates indicated for each, and that Petitioner is presently a member in good

10    standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for the Southern District of NY | 3/24/2009 | BS1126 |
| U.S. Court of Appeals for the Fifth Circuit | 4/20/2011 | N/A |
| U.S District Court for the Eastern District of NY | 3/12/2014 | BS1126 |
| U.S. Bankruptcy Court for the SDNY | 2/24/2009 | N/A |
| U.S. District Court for the Eastern District of TX | 2/10/2015 | N/A |
| U.S. Court of Appeals for the Federal Circuit | 2/11/2015 | N/A |
| U.S. Court of Appeals for the First Circuit | 7/24/2015 | N/A |

19

20         5.      That there are or have been no disciplinary proceedings instituted against petitioner,

21    nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

22    or administrative body, or any resignation or termination in order to avoid disciplinary or

23    disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

Bar Admissions Cont.


U.S. District Court for the Northern District of IL   11/03/2017  4691515

U.S. Court of Appeals for the Third Circuit 05/30/2015  N/A

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

None.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                     Petitioner's signature

5    STATE OF _____New York_____ )

6    COUNTY OF _New York_ )

7    _____Benjamin J.A. Sauter_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                    _____
                                                     Petitioner's signature

10   Subscribed and sworn to before me this

11   _19TH_ day of ____MARCH____, 2021.

12

13   _____
         Notary Public or Clerk of Court

14                                                   **COLETTE MORRIS**
                                                     NOTARY PUBLIC-STATE OF NEW YORK
                                                     No. 01MO6334529

15                                                   Qualified in Kings County
                                                     My Commission Expires 12-21-2023

16             **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
               **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19   believes it to be in the best interests of the client(s) to designate _Adam Hosmer-Henner, Esq._ ,
                                                                              (name of local counsel)

20   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21   above-entitled Court as associate resident counsel in this action. The address and email address of

22   said designated Nevada counsel is:

23   ___McDONALD CARANO LLP, 100 West Liberty Street, 10th Floor_____ ,
                                         (street address)

24

25   _____Reno_____ , _____Nevada_____ , ___89501___ ,
          (city)                (state)             (zip code)

26   ___775 788 2000___ , _ahosmerhenner@mcdonaldcarano.com_ .
     (area code + telephone number)          (Email address)

27

28                                        4

                                                                         Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
agreement and authorization for the designated resident admitted counsel to sign stipulations
binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Adam Hosmer-Henner_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Matthew Goettsche
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12779          ahosmerhenner@mcdonaldcarano.com
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Benjamin Jeffrey Aaron Sauter

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 18, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on March 19, 2021.

*Clerk of the Court*

*CertID-00006327*



# Supreme Court of the State of New York
# Appellate Division, First Department

**ROLANDO T. ACOSTA**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

27 MADISON AVENUE    NEW YORK, NEW YORK 10010-2201
TEL.: (212) 340 0400    INTERNET: WWW.NYCOURTS.GOV/COURTS/AD1/