1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8   MINA DE ORO, LLC, a Nevada limited liability company;   )   Case #2:20-cv-00994-GMN-VCF
    THE TOY CHEST, LLC,a Nevada limited liability company   )
9                                                           )
                                                            )   **VERIFIED PETITION FOR**
10              Plaintiff(s),                               )   **PERMISSION TO PRACTICE**
                                                            )   **IN THIS CASE ONLY BY**
11          vs.                                             )   **ATTORNEY NOT ADMITTED**
    MATTHEW BRENT GOETTSCHE, an individual,                 )   **TO THE BAR OF THIS COURT**
12  JOBEDIAH SINCLAIR WEEKS, an individual, JOSEPH          )   **AND DESIGNATION OF**
    FRANK ABEL, an individual, SILVIU CATALIN BALACI,       )   **LOCAL COUNSEL**
    an individual, BITCLUB, an unknown entity, and DOE and  )
13  ROE Corporations,                                       )
                Defendant(s).                               )
14                                                          )   FILING FEE IS $250.00

15

16          Amanda Tuminelli          , Petitioner, respectfully represents to the Court:
             (name of petitioner)

17
        1.      That Petitioner is an attorney at law and a member of the law firm of
18
                            Kobre & Kim LLP
19                              (firm name)

20  with offices at              800 Third Avenue, 6th Floor                          ,
                                    (street address)
21
          New York          ,          New York          ,      10022      ,
22         (city)                        (state)                (zip code)

23      212 488 1284      ,   amanda.tuminelli@kobrekim.com   .
    (area code + telephone number)            (Email address)
24
        2.      That Petitioner has been retained personally or as a member of the law firm by
25
         Matthew Brent Goettsche             to provide legal representation in connection with
26            [client(s)]

27  the above-entitled case now pending before this Court.

28                                                                          Rev. 5/16

3.      That since _____5/21/2014_____, Petitioner has been and presently is a
                              (date)

member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                                    (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C. - Southern District of New York | 6/17/2014 | AT2588 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

None.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                              _____
                                                                  Petitioner's signature

   STATE OF _____New York_____ )
5
   COUNTY OF _____New York_____ )
6

7  _____Amanda Tuminelli_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                              _____
                                                                  Petitioner's signature

10 Subscribed and sworn to before me this

11

12 _19511_ day of ___MARCH___, 2021.

13 _____          COLETTE MORRIS
             Notary Public or Clerk of Court      NOTARY PUBLIC-STATE OF NEW YORK
                                                     No. 01MO6334529
14                                                 Qualified in Kings County
                                                My Commission Expires 12-21-2023
15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
          **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
   believes it to be in the best interests of the client(s) to designate  _Adam Hosmer-Henner, Esq._ ,
19                                                                          (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
   above-entitled Court as associate resident counsel in this action.  The address and email address of
21
   said designated Nevada counsel is:
22

23 _____McDonald CARANO LLP, 100 West Liberty Street, 10th Floor_____,
                              (street address)
24
   _____Reno_____, _____Nevada_____, ____89501____,
25          (city)                  (state)              (zip code)

26 _____775 788 2000_____, _ahosmerhenner@mcdonaldcarano.com_.
       (area code + telephone number)        (Email address)
27

28                                    4                        Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Adam Hosmer-Henner_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Matthew Goettsche
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12779          ahosmerhenner@mcdonaldcarano.com
Bar number          Email address

APPROVED:

Dated: this ___31___ day of _____March_____, 20_21_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16