1
2
3
4
5

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MINA DE ORO, LLC, a Nevada limited liability company; ) Case #2:20-cv-00994-GMN-VCF
THE TOY CHEST, LLC, a Nevada limited liability company )
)
)                            **VERIFIED PETITION FOR**
Plaintiff(s),                )  **PERMISSION TO PRACTICE**
)                            **IN THIS CASE ONLY BY**
vs.                          )  **ATTORNEY NOT ADMITTED**
MATTHEW BRENT GOETTSCHE, an individual, ) **TO THE BAR OF THIS COURT**
JOBEDIAH SINCLAIR WEEKS, an individual, JOSEPH ) **AND DESIGNATION OF**
FRANK ABEL, an individual, SILVIU CATALIN BALACI, ) **LOCAL COUNSEL**
an individual, BITCLUB, an unknown entity, and DOE and )
ROE Corporations,            )
Defendant(s).                )
)                            FILING FEE IS $250.00

_____Benjamin J.A. Sauter_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

  1. That Petitioner is an attorney at law and a member of the law firm of

Kobre & Kim LLP
(firm name)

with offices at _____800 Third Avenue, 6th Floor_____,
(street address)

_____New York_____, _____New York_____, _____10022_____,
(city)                    (state)              (zip code)

_____212 488 1288_____, _____benjamin.sauter@kobrekim.com_____.
(area code + telephone number)     (Email address)

  2. That Petitioner has been retained personally or as a member of the law firm by

_____Matthew Brent Goettsche_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __02/18/2009__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __New York__
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for the Southern District of NY | 3/24/2009 | BS1126 |
| U.S. Court of Appeals for the Fifth Circuit | 4/20/2011 | N/A |
| U.S District Court for the Eastern District of NY | 3/12/2014 | BS1126 |
| U.S. Bankruptcy Court for the SDNY | 2/24/2009 | N/A |
| U.S. District Court for the Eastern District of TX | 2/10/2015 | N/A |
| U.S. Court of Appeals for the Federal Circuit | 2/11/2015 | N/A |
| U.S. Court of Appeals for the First Circuit | 7/24/2015 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

Bar Admissions Cont.

U.S. District Court for the Northern District of IL   11/03/2017   4691515

U.S. Court of Appeals for the Third Circuit 05/30/2015  N/A

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF ___New York___ )
COUNTY OF ___New York___ )

___Benjamin J.A. Sauter___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___19TH___ day of ___MARCH___, 2021.

_____
Notary Public or Clerk of Court

COLETTE MORRIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MO6334529
Qualified in Kings County
My Commission Expires 12-21-2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Adam Hosmer-Henner, Esq.___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___McDONALD CARANO LLP, 100 West Liberty Street, 10th Floor___,
(street address)

___Reno___, ___Nevada___, ___89501___,
(city)        (state)         (zip code)

___775 788 2000___, ___ahosmerhenner@mcdonaldcarano.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Adam Hosmer-Henner_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Matthew Goettsche
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12779          ahosmerhenner@mcdonaldcarano.com
Bar number          Email address

APPROVED:

Dated: this __31__ day of __March__, 2021.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16