1  P. STERLING KERR, ESQ.
   Nevada Bar No. 3978
2  TAYLOR SIMPSON, ESQ.
   Nevada Bar No. 13956
3  KERR SIMPSON ATTORNEYS AT LAW
   2900 W. Horizon Ridge Parkway, Suite 200
4  Henderson, Nevada 89052
5  Telephone No. (702) 451-2055
   Facsimile No. (702) 451-2077
6  Email: sterling@kerrsimpsonlaw.com
   Email: taylor@kerrsimpsonlaw.com
7  *Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MINA DE ORO, LLC, a Nevada limited liability company; THE TOY CHEST, LLC a Nevada limited liability company,<br>　　　　　Plaintiffs,<br>v.<br>MATTHEW BRENT GOETTSCHE, an individual, JOBEDIAH SINCLAIR WEEKS, an individual, JOSEPH FRANK ABEL, an individual, SILVIU CATALIN BALACI, an individual, BITCLUB, an unknown entity, and DOE and ROE Corporations,<br>　　　　　Defendants. | Case No. 2:20-cv-00994-CDS-VCF |

**NOTICE OF CHANGE OF FIRM NAME, ADDRESS AND E-MAIL ADDRESSES**

TO:　THE CLERK OF THE COURT; and

TO:　ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective April 4, 2022, counsel for Attorneys for Plaintiff, will change its firm name from the Law Offices of P. Sterling Kerr to Kerr Simpson Attorneys at Law. Please address all future communication as follows:

**Kerr Simpson Attorneys at Law**
**2900 W. Horizon Ridge Parkway, Suite 200**
**Henderson, NV 89052**

PLEASE TAKE FURTHER NOTICE that counsel's e-mail addresses will change as follows:

P. Sterling Kerr - Sterling@kerrsimpsonlaw.com

Taylor Simpson - Taylor@kerrsimpsonlaw.com

George E. Robinson - George@kerrsimpsonlaw.com

Austin J. Kalmes - Austin@kerrsimpsonlaw.com

Suzanne E. Carver - Suzanne@kerrsimpsonlaw.com

DATED this 18th day of April, 2022.

KERR SIMPSON ATTORNEYS AT LAW

/s/ P. Sterling Kerr
P. STERLING KERR, ESQ.
Nevada Bar No. 003978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
2900 W. Horizon Ridge Parkway, Ste 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: taylor@kerrsimpsonlaw.com
*Attorneys for Plaintiffs*

KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200, Henderson, Nevada 89052
Telephone (702) 451-2055 Facsimile (702) 451-2077