# EXHIBIT 1

**BUSINESS ENTITY AND MARK SEARCH RESULT**

| Name | Status | Filing Date | Type | NV Business ID | Entity Number | Mark Number | Actions |
|------|--------|-------------|------|----------------|---------------|-------------|---------|
| CRYPTOBACK INC. | Revoked | 10/01/2015 | Domestic Corporation (78) | NV20151587242 | E0464802015-7 | | Manage this Business |
| TFT-USA INC. | Permanently Revoked | 06/23/2011 | Domestic Corporation (78) | NV20111420645 | E0359142011-5 | | Manage this Business |

**Page 1 of 1, records 1 to 2 of 2**

Return To Search

# EXHIBIT 2

---

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

CRYPTOBACK INC.

**Entity Number:**

E0464802015-7

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Revoked

**Formation Date:**

10/01/2015

**NV Business ID:**

NV20151587242

**Termination Date:**

Perpetual

**Annual Report Due Date:**

10/31/2019

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

GB BECKSTEAD

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

321 GREENLEAF GLEN ST, HENDERSON, NV, 89014, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

5/16/22, 3:47 PM — Silver Flume Nevada's Business Portal to start/manage your business

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | MATTHEW GOETTSCHE | 80 RIVERA COURT, ERIE, CO, 80516, USA | 08/09/2018 | Active |
| Treasurer | GORDON B BECKSTEAD | 321 GREENLEAF GLEN ST, HENDERSON, NV, 89014, USA | 08/09/2018 | Active |
| Director | MATTHEW GOETTSCHE | 80 RIVERA COURT, ERIE, CO, 80516, USA | 08/09/2018 | Active |

**Page 1 of 1, records 1 to 3 of 3**

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 10,000,000 | 0.001000000000 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**10,000**

Filing History          Name History          Mergers/Conversions

Return to Search          Return to Results

EXHIBIT 3

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

TFT-USA INC.

**Entity Number:**

E0359142011-5

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Permanently Revoked

**Formation Date:**

06/23/2011

**NV Business ID:**

NV20111420645

**Termination Date:**

Perpetual

**Annual Report Due Date:**

6/30/2012

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

GB BECKSTEAD

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Non-Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

**Street Address:**

321 GREENLEAF GLEN ST, HENDERSON, NV, 89014, USA

**Mailing Address:**

**Individual with Authority to Act:**

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | MATTHEW GOETTSCHE | PO BOX 1049, ERIE, CO, 80516, USA | 06/23/2011 | Active |
| Treasurer | SETH FRASER | PO BOX 1049, ERIE, CO, 80516, USA | 06/23/2011 | Active |
| Director | SETH FRASER | PO BOX 1049, ERIE, CO, 80516, USA | 06/23/2011 | Active |
| Director | MATTHEW GOETTSCHE | PO BOX 1049, ERIE, CO, 80516, USA | 06/23/2011 | Active |

**Page 1 of 1, records 1 to 4 of 4**

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Authorized | 100,000,000 | 0.001000000000 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares:

**0**

Total Authorized Capital:

**100,000**

Filing History        Name History        Mergers/Conversions

Return to Search        Return to Results