P. STERLING KERR, ESQ.
Nevada Bar No. 3978
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: bob@kerrsimpsonlaw.wom
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MINA DE ORO, LLC, a Nevada limited liability company; MINA DE ORO, LLC a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE, an individual, JOBEDIAH SINCLAIR WEEKS, an individual, JOSEPH FRANK ABEL, an individual, SILVIU CATALIN BALACI, an individual, BITCLUB, an unknown entity, and DOE and ROE Corporations,<br><br>Defendants. | Case No: 2:20-cv-00994<br><br>**DECLARATION OF LOUIS DIAZ IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JOSEPH FRANK ABEL** |

I, Louis Diaz declare:

1. I am a manager of Plaintiff Mina De Oro, LLC ("Mina De Oro") and am authorized to make this Declaration on Mina De Oro's behalf.

2. During the spring of 2018, Defendants, including Joseph Frank Abel ("Abel") engaged in solicitation of Mina De Oro to participate in a Bitcoin ("BTC") by offering for sale shares of BTC mining business issued by Defendants, including Abel.

3. To Mina De Oro's knowledge, Defendants, including Abel, engaged in these private and public solicitations through a website www.bitclub.com ("Bitclub") wherein the Defendants, including Abel, created and maintained a website for the Bitclub Offering, and through independent business operators within the Bitclub scheme through the means or instrumentalities of interstate commerce, including email and the internet.

4. In an effort to solicit Mina De Oro and to induce it into investing in the Bitclub Offering, Defendants, including Abel, made the following untrue statements of material fact to Mina De Oro (the "Bitclub Misrepresentation"):

   a. misleading figures regarding the amount of crypto currency mining operations in place;
   b. misleading figures regarding the amount of crypto currency being mined at Bitclub controlled mining operations;
   c. misleading figures and documentation regarding the amount of future profit to be derived from the Bitcoin mining operations;
   d. fraudulent statements from Defendants and Defendants' independent business operators within the multi-level marketing scheme regarding commissions to be paid for joining the Bitclub Scheme and recruiting others to join the Bitclub Scheme and invest in the Bitclub Offering;
   e. misleading statements regarding future operations and investments by the Bitclub management;
   f. untrue and misleading statements regarding access to funds invested in the Bitclub Offering through an internet based website.

5. In reasonable and justified reliance upon the Bitclub Misrepresentations and Bitclub Omissions made by Defendants, including Abel, Mina De Oro invested $250,000.00 USD with Defendants for purchase of the Bitclub Offering.

6. Subsequent to their solicitation and sale of the Biclub Offering to Mina De Oro, Defendants, including Abel, materially breached and defaulted on their obligations to Mina De Oro under the parties' contracts by, among other actions:

a. failing and refusing to pay dividends, bonuses and other compensation due to the Mina De Oro as required by the investor contracts;

b. repeatedly misrepresenting and concealing the true nature and status of the Mina De Oro's investments in Bitclub as well as the finances, operations and legal status of Bitclub; and

7. As a direct and proximate consequence of the Defendants' unlawful conduct as described herein, the Mina De Oro lost the $250,000.00 USD investment.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of December, 2022.

_____

Mina De Oro, LLC

By: Louis Diaz, its manager