P. STERLING KERR, ESQ.
Nevada Bar No. 3978
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: bob@kerrsimpsonlaw.wom
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MINA DE ORO, LLC, a Nevada limited liability company; THE TOY CHEST, LLC a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE, an individual, JOBEDIAH SINCLAIR WEEKS, an individual, JOSEPH FRANK ABEL, an individual, SILVIU CATALIN BALACI, an individual, BITCLUB, an unknown entity, and DOE and ROE Corporations,<br><br>Defendants. | Case No: 2:20-cv-00994<br><br>**DEFAULT JUDGMENT AGAINST**<br>**JOSEPH FRANK ABEL** |

Having reviewed Plaintiffs' Motion for Default Judgment, Dkt. 41, and oral argument of counsel held on December 21, 2023, and after reviewing the factors set forth in, Eitel v. McCool, 782 F.2d 1470, 1471–72 (9th Cir. 1986) ("Eitel Factors"), the Court hereby finds that the Eitel factors and facts of this case favor granting default judgment in favor of Plaintiffs and against Defendant Joseph Frank Abel.

NOW THEREFORE, the Courts ORDERS that Plaintiffs' Motion for Default Judgment is granted in its entirety;

THE COURT FURTHER ORDERS JUDGMENT in favor of Plaintiff Mina De Oro, LLC and against Joseph Frank Abel in the amount of $250,000 and that Mina De Oro, LLC is entitled

to recover the same against him, with interest accruing at the legal rate from the date of the filing of the Complaint, Dkt. 1, June 3, 2020, until paid in full.

AND FURTHER GRANTS JUDGMENT in favor of Plaintiff The Toy Chest, LLC and against Joseph Frank Abel in the amount of $250,000 and that The Toy Chest, LLC is entitled to recover the same against him, with interest accruing at the legal rate from the date of the filing of the Complaint, Dkt. 1, June 3, 2020, until paid in full.

DISTRICT COURT JUDGE

_____
DISTRICT COURT JUDGE