AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Mina De Oro, LLC, et al.,

        Plaintiff,

v.

Goettsche, et al.,

        Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00994-CDS-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiff Mina De Oro, LLC and against Joseph Frank Abel in the amount of $250,000 and that Mina De Oro, LLC is entitled to recover the same against him, with interest accruing at the legal rate from the date of the filing of the Complaint, Dkt. 1, June 3, 2020, until paid in full. AND FURTHER GRANTS JUDGMENT in favor of Plaintiff The Toy Chest, LLC and against Joseph Frank Abel in the amount of $250,000 and that The Toy Chest, LLC is entitled to recover the same against him, with interest accruing at the legal rate from the date of the filing of the Complaint, Dkt. 1, June 3, 2020, until paid in full.

1/26/2023  
Date

DEBRA K. KEMPI  
Clerk

/s/ E. Smith  
Deputy Clerk