P. STERLING KERR, ESQ.
Nevada Bar No. 3978
C. ROBERT PETERSON, ESQ.
Nevada Bar No. 11680
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: bob@kerrsimpsonlaw.wom
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MINA DE ORO, LLC, a Nevada limited liability company; THE TOY CHEST, LLC a Nevada limited liability company,<br><br>Plaintiffs<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE, an individual, JOBEDIAH SINCLAIR WEEKS, an individual, JOSEPH FRANK ABEL, an individual, SILVIU CATALIN BALACI, an individual, BITCLUB, an unknown entity, and DOE and ROE Corporations,<br><br>Defendants | Case No: 2:20-cv-00994-CDS-VCF<br><br>**DEFAULT JUDGMENT AGAINST**<br>**JOSEPH FRANK ABEL**<br><br>[ECF No. 41] |

Having reviewed Plaintiffs' Motion for Default Judgment, Dkt. 41, and oral argument of counsel held on December 21, 2023, and after reviewing the factors set forth in, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1471–72 (9th Cir. 1986) ("Eitel Factors"), the Court hereby finds that the Eitel factors and facts of this case favor granting default judgment in favor of Plaintiffs and against Defendant Joseph Frank Abel.

NOW THEREFORE, the Courts ORDERS that Plaintiffs' Motion for Default Judgment is granted in its entirety;

THE COURT FURTHER ORDERS JUDGMENT in favor of Plaintiff Mina De Oro, LLC and against Joseph Frank Abel in the amount of $250,000 and that Mina De Oro, LLC is entitled





NO LONGER IN THE FACILITY

Jobediah Sinclair Weeks
07-577168
Essec County Correctional Facility
354 Doremus Ave.
Newark, NJ 07105

RETURN TO SENDER

```
FILED ____        ____ RECEIVED
                  ____ SERVED ON
ENTERED ____      COUNSEL/PARTIES OF RECORD

          FEB 23 2023

       CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____  DEPUTY
```