# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mina De Oro, LLC and The Toy Chest, LLC<br><br>Plaintiff(s),<br>vs.<br><br>Matthew Brent Goettsche, Jobediah Sinclair Weeks, Silviu Catalin Balaci, Bitclub & Joseph Frank Abe<br><br>Defendant(s). | Case # 2:20-cv-00994-CDS-VCF<br><br>**DEFAULT** |

It appearing from the records in the above-entitled action that Summons issued on the __Amended__ Complaint __4/18/2022__
(Original, Amended, etc.)   (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants __Jobediah Sinclair Weeks__

in the above-entitled action is hereby entered.

DATED: __3/9/2023__

DEBRA K. KEMPI, CLERK

By: /s/ D. Smith
Deputy Clerk