UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Mina De Oro, LLC, and The Toy Chest, LLC,<br><br>Plaintiffs<br><br>v.<br><br>Jobediah Sinclair Weeks,<br><br>Defendant | Case No. 2:20-cv-00994-CDS-VCF<br><br>**Order Granting Motion for Default Judgment and Closing Case**<br><br>[ECF No. 56] |

Plaintiffs Mina De Oro, LLC and The Toy Chest, LLC move for default judgment against the sole remaining defendant, Jobediah Sinclair Weeks, who has not appeared or participated in this litigation. ECF No. 56. The plaintiffs have already obtained entry of default as to Weeks. ECF No. 53. I have reviewed the plaintiffs' motion and their arguments about why default judgment is appropriate under the factors identified in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). ECF No. 56. Despite the strong policy favoring decisions on the merits, I find that the *Eitel* factors ultimately weigh in favor of default judgment here.

IT IS THEREFORE ORDERED that under Federal Rule of Civil Procedure 55(b)(2), the plaintiffs' motion for default judgment **[ECF No. 56] is GRANTED**. Because no defendants remain in this case, with good cause appearing and no reason to delay, IT IS FURTHER ORDERED that the Clerk of Court is directed to **ENTER FINAL JUDGMENT against Weeks in the amount of $250,000 in favor of each plaintiff** and CLOSE THIS CASE.

DATED: April 10, 2023

_____
Cristina D. Silva
United States District Judge