AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Mina De Oro, LLC,

                Plaintiff,

v.

Matthew Brent Goettsche, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  2:20-cv-00994-CDS-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Clerk of Court is directed to ENTER FINAL JUDGMENT against Weeks in the amount of $250,000 in favor of each plaintiff and CLOSE THIS CASE.

04/10/2023
Date

DEBRA K. KEMPI
Clerk

/s/ L. Ortiz
Deputy Clerk