**CLERK, U.S. DISTRICT COURT**
DISTRICT OF NEVADA
LLOYD D. GEORGE U.S. COURTHOUSE
333 LAS VEGAS BLVD. SO. – RM 1334
LAS VEGAS, NV 89101

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$000.60
03/09/2023 ZIP 89101
043M31229339
US POSTAGE

ENTERED
APR 10 2023
US DISTRICT COURT
DISTRICT OF NEVADA
DEPUTY

# Clerk Entries

2:20-cv-00994-CDS-VCF Mina De Oro, LLC et al v. Goettsche et al

United States District Court

District of Nevada

## Notice of Electronic Filing

The following transaction was entered on 3/9/2023 at 1:53 PM PST and filed on 3/9/2023
**Case Name:**       Mina De Oro, LLC et al v. Goettsche et al
**Case Number:**     2:20-cv-00994-CDS-VCF
**Filer:**           Jobediah Sinclair Weeks
**Document Number:** 53

**Docket Text:**
**Clerk's ENTRY OF DEFAULT as to Jobediah Sinclair Weeks. (DRS)**

**2:20-cv-00994-CDS-VCF Notice has been electronically mailed to:**

P. Sterling Kerr     sterling@kerrsimpsonlaw.com, george@sterlingkerrlaw.com, jennifer@sterlingkerrlaw.com, lisa@sterlingkerrlaw.com, maury@sterlingkerrlaw.com, taylor@sterlingkerrlaw.com

Peter R Pratt     peter@sterlingkerrlaw.com

George E Robinson     george@kerrsimpsonlaw.com, anika@kerrsimpsonlaw.com, jennifer@kerrsimpsonlaw.com

Adam Hosmer-Henner     ahosmerhenner@mcdonaldcarano.com, pmiller@mcdonaldcarano.com

Taylor Simpson     taylor@kerrsimpsonlaw.com, anika@kerrsimpsonlaw.com, breana@kerrsimpsonlaw.com, jennifer@kerrsimpsonlaw.com, lisa@kerrsimpsonlaw.com, suzanne@kerrsimpsonlaw.com

Philip Mannelly     pmannelly@mcdonaldcarano.com, Jnelson@mcdonaldcarano.com

Chelsea Latino     clatino@mcdonaldcarano.com, nhoy@mcdonaldcarano.com

**2:20-cv-00994-CDS-VCF Notice has been delivered by other means to:**

Amanda N. Tuminelli
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Benjamin J.A. Sauter
Kobre & Kim LLP
800 Third Ave.
New York, NY 10022

Jobediah Sinclair Weeks
07-577168
Essec County Correctional Facility